**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER and JENNIFER CLAFFEY,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:19-cv-01296** |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| *Defendant.* | § | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Christopher and Jennifer Claffey submit the following Certificate of Interested Persons and Rule 7.1 Disclosure Statement that contains a complete list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who appear from the pleadings to be financially interested in the outcome of the case.

1)     Plaintiffs: Christopher and Jennifer Claffey (Insureds);

2)     Defendant: State Farm Lloyds (Insurer);

3)     Plaintiff's Counsel: Eric B. Dick; DICK LAW FIRM, PLLC;

4)     Defendant's Counsel: Micah Kessler and Avniel Adler; NISTICO, CROUCH & KESSLER, P.C.; and

5)     Plaintiffs' mortgage company, if applicable.

This list will be supplemented if additional parties are added or if additional parties are identified.

Respectfully submitted,

By:  */s/ Eric B. Dick*
     Eric Dick, LL.M., Attorney-In-Charge
     TBN: 24064316
     FIN: 1082959
     DICK LAW FIRM, PLLC
     3701 Brookwoods Dr.
     Houston, Texas 77092
     (844) 447-3234 Telephone
     eric@dicklawfirm.com
     **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that in accordance with the Federal Rules of Civil Procedure I served a true and correct copy of the above on the parties of record. This service was made in a manner appropriate under Federal Rules of Civil Procedure.

SIGNED on May 17, 2019

Respectfully submitted,

*/s/ Eric B. Dick*
Eric Dick, LL.M.
TBN: 24064316
FIN: 1082959